UNITED STATES of America, Appellee,

v.

Jose Manuel GARCIA–GARCIA, also known as Jose Garcia–Garcia, also known as Javier Pena–Pena, also known as Jonathan Samaniego–Lo-

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

pez, also known as Emilio Aguilar–Fuentez, also known as Javier Garcia–Pena, also known as Juan Natalio Luna–Pena, also known as Enrique Salsedo, Appellant.

No. 01–2302.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2001.

Decided Dec. 13, 2001.

Before WOLLMAN, Chief Judge, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jose Manuel Garcia–Garcia pleaded guilty to illegal reentry following deportation after conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b)(2), and the district court[1] sentenced him to 77 months imprisonment and 2 years supervised release. On appeal, counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and filed a brief arguing that Garcia–Garcia should have received a downward departure because he took extraordinary actions in accepting responsibility.

At sentencing, the district court acknowledged its authority to depart, and thus its discretionary decision not to depart under the circumstances in this case is unreviewable. *See United States v. Lim*, 235 F.3d 382, 385 (8th Cir.2000).

[1]. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Moreover, following our independent review, *see Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm the sentence, and we grant counsel's motion to withdraw.

A true copy.